KENLON COAL COMPANY, INC., and Another, Appellants, v. TRIBOROUGH BRIDGE AUTHORITY and Others, Respondents.* — Judgment affirmed, with costs to the respondents The City of New York, Commissioner of Docks and the Board of Commissioners of the Sinking Fund of the City of New York. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

WARWICK S. CARPENTER, JR., Respondent, v. YOUNG MEN'S CHRISTIAN ASSOCIATION OF THE CITY OF NEW YORK, Appellant.— Determination affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

CONSOLIDATED INDEMNITY AND INSURANCE COMPANY, Appellant, v. CONTINENTAL BANK AND TRUST COMPANY OF NEW YORK, as Successor to STRAUS NATIONAL BANK AND TRUST COMPANY OF NEW YORK, and Another, Respondents. — Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

TELAUTOGRAPH CORPORATION, Respondent, v. MAX J. KRAMER COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

CHARLES KARASIK, Respondent, v. NATIONAL DAIRY PRODUCTS CORPORATION and Others, Appellants.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements, with leave to the defendants to serve an amended answer within ten days from service of order upon payment of said costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

In the Matter of the Application of EDWARD GRADY, Petitioner, for a Certiorari Order against FIORELLO H. LAGUARDIA, Mayor of the City of New York, and Another, Respondents.—Order of certiorari dismissed and determination of respondents confirmed, with fifty dollars costs and disbursements to the respondents. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

AMERICAN SURETY COMPANY OF NEW YORK, Appellant, v. THOMAS FOWLER, Respondent.— Determination affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

THE CUNEO PRESS, INC., Respondent, v. WARREN A. ANGEL, Appellant, Impleaded with Others.— Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

FANNIE KAUFMAN, Appellant, v. THE CITY OF NEW YORK, Respondent. JOSEPH KAUFMAN, Appellant, v. THE CITY OF NEW YORK, Respondent.— Judgment reversed and a new trial ordered, with costs to the appellants to abide the event, on the ground that a question of fact was presented which should have been presented to the jury for determination. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

METROPOLITAN LIFE INSURANCE COMPANY, Respondent, v. MORRIS ROSENFIELD and Others, Defendants, Impleaded with CONRAD HOLDING Co., INC., Appellant. FLO RENYX, Receiver, Respondent.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.